UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

ZACHARY ADAMSON,

                        Plaintiff,

- vs -

CITY OF BUFFALO, CITY OF BUFFALO POLICE
DEPARTMENT, JOSEPH COOK, MICHAEL KEANE,
and SHARON ACKER,

                        Defendants.

**NOTICE OF MOTION**

Civil Docket No.: 11-CV-0663A

Hon. Hugh B. Scott, Magistrate Judge

---

| | |
|---|---|
| **MOTION MADE BY:** | SPADAFORA & VERRASTRO, LLP Attorneys for Plaintiff, ZACHARY ADAMSON |
| **DATE, TIME & PLACE OF MOTION:** | United States District Court, Western District of New York, 2 Niagara Square, 6th Floor, Genesee Courtroom, Buffalo, New York 14202 at a date and time to be determined by the Court. |
| **RELIEF SOUGHT:** | To compel discovery of, among others, Defendants' use of force reports for the subject incident and past incidents, formal complaints made against the officers, misconduct reports, personnel files, internal affairs reports and performance evaluations for five (5) years prior to the subject incident and performance evaluations after the subject accident. |
| **GROUNDS FOR RELIEF:** | Rules 16, 26, 34 and 37 of the Federal Rules of Civil Procedure. |
| **SUPPORTING PAPERS:** | Affidavit of Joseph C. Todoro, Esq., sworn to the 30th day of July, 2012; with exhibits attached thereto, and Memorandum of Law. |
| **REPLY PAPERS:** | At the present time, Plaintiff intends to file and serve reply papers. |

1

DATED:   July 30, 2012  
             Buffalo, New York

*/s/ Joseph C. Todoro*  
Joseph C. Todoro, Esq.  
SPADAFORA & VERRASTRO, LLP  
Attorneys for Plaintiff  
2 Symphony Circle  
Buffalo, New York 14201  
(716) 854-1111

TO:  Carmen J, Gentile, Esq.  
      Corporation Counsel  
      Attorneys for Defendants  
      1100 City Hall  
      65 Niagara Square  
      Buffalo, New York 14202  
      (716) 851-4332