Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ZACHARY ADAMSON

              Plaintiff

        -vs-

CITY OF BUFFALO, CITY OF BUFFALO
POLICE DEPARTMENT, JOSEPH COOK,
MICHAEL KEANE and SHARON ACKER

              Defendants

DISCLOSURE PURSUANT TO
FRCP 26 (a) (1)
CIVIL ACTION NO.: 11-CV-0663-A

---

Defendants, pursuant to FCRP 26 (a) (1) assert the following:

Rule 26(a)(1)(A)(i): All requests for discovery should be made to the Corporation Counsel of the City of Buffalo also known as the City of Buffalo Law Department located at Buffalo City Hall, 65 Niagara Square, 11th Floor, Buffalo, New York 14202. The City of Buffalo Law Department is counsel to the above named Defendants. The Law Department telephone number is 716-851-4343. It is anticipated that since this action arises due to an allegation of police conduct by employees/agents of the Buffalo Police Department, that any and all documentation would originate from the Buffalo Police Department in the form of business records kept by the Police Department in its ordinary course of business. As counsel for the Defendants including the individually named Defendants who are agents and/or employees of the City of Buffalo and who were presumably acting in the course of their employment, all relevant documentation would be in the possession of the Buffalo Police Department.

Rule 26(a)(1)(A)(ii): As stated above the category and location of any documents which may be relevant would be, based on the nature of this action, if they do exist, in the possession of the City of Buffalo Police Department. At this time enclosed for disclosure are the Buffalo Police Complaint

Summary Report, City of Buffalo Police Department's Central Booking Bureau Case History, Erie County Department of Central Police Services Warrant Information, the City of Buffalo Department of Police Crime and Incident Records Unit Appearance Ticket, CPL 710.30 and CPL 700.70 Statement Forms, City of Buffalo Police Report Miscellaneous, Buffalo Police Department Arresting/Booking Report, Buffalo Police Department Arrest Data Form, City of Buffalo Department of Police Central Booking Bureau Defendant Information and City of Buffalo Department of Police Central Booking Bureau Misdemeanor/Violation Information. Please note that these enclosed documents were retrieved from a file marked "SEALED" containing Plaintiff's information and are only being released pursuant to this court action. Obviously, the Plaintiff has consented to the release of these documents by filing suit regarding this matter. Also be advised that an Internal Affairs Division investigation was commenced with regard to this matter and is deemed under the realm of confidentiality.

Rule 26(a)(1)(A)(iii): The Defendants are in a pure defense posture.

Rule 26(a)(1)(A)(iv): The City of Buffalo is self-insured. The actions of the individually named Defendants, as employee/agents of the City of Buffalo and if acting within the course of their employment, would be subject to indemnification by the City of Buffalo if liability should attach.

Dated: Buffalo, New York
April 3, 2012

Yours etc.,
Timothy A. Ball
Corporation Counsel

By: _____
Carmen J. Gentile, Esq.
Assistant Corporation Counsel
Attorneys for Defendants
65 Niagara Square
1100 City Hall
Buffalo, NY 14202
Tel. (716) 851-4332

TO: Jospeh C. Todoro, Esq.
      Spadafora & Verrastro, LLP
      2 Symphony Circle
      Buffalo, New York 14201

T:\wp60\es\cjg\adamsonrule26disclosure\4.2.12.doc

# BUFFALO POLICE
## COMPLAINT SUMMARY REPORT

Report Date: 7/20/2011

### 10-0910893    AGENCY ASSIST
### LEXINGTON AV@ELMWOOD AV (B2) Priority: 3
**Disposition(s): 1. Assisted**

| | |
|---|---|
| Reported: 04/01/2010 19:46:03 | Received By: 001169-MILKS, KATHERINE E. |
| Received: 04/01/2010 19:47:04 | Dispatched By: 001169-MILKS, KATHERINE E. |
| Dispatched: 04/01/2010 19:47:25 | Source: E-911 |
| En Route: 04/01/2010 19:47:31 | |
| On Scene: 04/01/2010 19:49:42 | |
| Cleared: 04/01/2010 21:19:30 | |

**Officers:** 1. 001242-FEENEY, THOMAS
**Other Personnel:** 1. 000088-BERGMANN, SHEILA M.

**Remarks:**
| Time | ID | Action |
|---|---|---|
| 19:46:03 | | Entry Initiated |
| 19:46:55 | | NARCOTICS NEEDS A TRANSPORT |
| 19:47:04 | | Sent to Dispatch - AGENCY ASSIST - LEXINGTON AV@ELMWOOD AV (B2) Pri: 3 |
| 19:47:29 | | Dispatched (Primary) - B442 |
| 19:47:30 | | Enroute - B442 |
| 19:49:45 | 001242 | On Scene - B442 |
| 20:10:53 | | Location Changed - B442 HOLDING CENTER |
| 21:18:12 | 001242 | Disposition Added - Assisted |
| 21:19:30 | 001242 | Cleared - B442 |
| 21:19:52 | 000088 | Archived |

**Total Complaints: 1**

1

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT: ADAMSON, ZACHARY, S.
AFN # 10-04078-18

THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVLOVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

OFFICER IN CHARGE OF CASE: DET. JOSEPH COOK
FUNCTION(S) PERFORMED: INVESTIGATED, MADE ARREST

ASSISTING OFFICER #1: DET. MICHAEL KEANE
FUNCTION(S) PERFORMED: ASSISTED

ASSISTING OFFICER #2: DET. SHARON ACKER
FUNCTION(S) PERFORMED: ASSISTED

ASSISTING OFFICER #3: _____
FUNCTION(S) PERFORMED: _____

OFFICER PRINTED NAME: DET. JOSEPH COOK

OFFICER SIGNATURE: _____

DATE: 5-1-10

# ERIE COUNTY DEPARTMENT OF CENTRAL POLICE SERVICES
## WARRANT INFORMATION

PRINTED: 04/01/2010 20:28:00

### WARRANT INFORMATION

| Number | Issued Date | Issuing Agency | Type | | Complaint # | Extradition |
|---|---|---|---|---|---|---|

| Court | | Judge | | | Predicate Felon | Vulnerable Victim |
|---|---|---|---|---|---|---|

### PERSONAL INFORMATION

| Name | | | DOB | Sex: | Race: | |
|---|---|---|---|---|---|---|

| Height | Weight | Build | Skin | Hair | Eyes | Ethnicity | Facial Features |
|---|---|---|---|---|---|---|---|

| Address | | | SMT. | | | |
|---|---|---|---|---|---|---|

| SSN | PCN | FBI | SID |
|---|---|---|---|

### CHARGES

| Charge | Attempted | Counts | Description |
|---|---|---|---|

### STATE DATA

68640013WS6864
NYSP OINQ SJAM 2028
NO RECORD NYSPIN ORDER OF PROTECTION FILE
NAM/ADAMSON,ZACHARY
SEX/M RAC/. DOB/07281956
68640013WS6864
NYSP PARQ SJAM 2028
NY014023C
NO RECORD - NYSPIN PAROLE FILE
NAM/ADAMSON,ZACHARY
.SEX/M.RAC/U.DOB/072856
68640013WS6864
NYIS WINQ SJAM 2028
NY014023C

DCJS SEARCH RESULTS

NAM/ADAMSON,ZACHARY
.SEX/M.RAC/U.DOB/1956-07-28

NO RECORD - NYSPIN WANTED PERSONS FILE
68640013WS6864
NCIC WINQ SJAM 2028

ACK

NY014023C

NO NCIC WANT NAM/ADAMS0N,ZACHARY D0B/19560728 RAC/U SEX/M
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS FILES ARE SEARCHED WITHOUT LIMITATIONS.


---



# BUFFALO PD
## POLICE REPORT
## MISCELLANEOUS

**Complaint:** 10-0910893
**Report Date & Time:** 04/01/2010 19:47

### INCIDENT

| Field | Value |
|---|---|
| Address of Occurrence | 585 ELMWOOD AV |
| District | 'B' |
| Tract | BU |
| Occ. Date & Time | 04/01/2010 19:47 |
| Day of Week | Thursday |
| Status | Cleared By Arrest |
| Supl | N |
| Officers | D465 - COOK |
| Rep. Off. | D465 - COOK |
| Supervisor | D465 - COOK |

### OFFENDER *** SEALED ***

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested |
|---|---|---|---|---|---|---|---|---|---|
| SEALED | | | | | Black | M | 53 | N | Y |

### OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| PL | 240.20-03 | V | | 0 | DIS/CON OBSCENE LANG/GESTURES | PR |
| PL | 240.20-05 | V | | 0 | DIS/CON OBSTRUCTING TRAFFIC | PR |

### NARRATIVE

Officer: D465 - COOK
Supervisor: D465 - COOK
Printed Date: 07/20/2011 10:15 AM

Page: 1

Case 1:11-cv-00663-HBS Document 24-9 Filed 07/30/12 Page 8 of 14



RICI #: 05579453
Caution Indicator:

# BUFFALO POLICE DEPARTMENT
## ARRESTING/BOOKING REPORT

Agency Case #: 10-04078-18 (A)

Report Date: 04/01/2010 21:20
Report Printed By: PRICE, CARRIE

### PERSON INFORMATION

NAME: ADAMSON, ZACHARY S
DOB: 07/28/1956  AGE: 53  SEX: Male  RACE: Black
HEIGHT: 6'01  WEIGHT: 190  BUILD: Medium  ETHNICITY: Non-Hispanic  SS #: 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
HAIR COLOR: Black  HAIR TYPE:  EYE COLOR: Brown
EYE DEFECTS:  FACE:  SKIN TONE:
FACIAL FEATURES:  DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS: 83 DELAM ST, BUFFALO NY 14209 US
HOME TELEPHONE: (704)606-9184  MARITAL STATUS: Legally Married
EDUCATION: 99  CITIZEN OF: US  PLACE OF BIRTH: NEW YORK NY
RELIGION: Unknown  DRIVERS LICENSE #:
NYSID #: 03872295-Y  FBI #: 488537MA9  MUG #: 138514  LICENSE STATE:

### ARREST/OFFENSE INFORMATION

INCIDENT #: 10-0910893  ARREST TYPE: CIP - Crime in Progress
STATUS AT ARREST: Appearance Ticket  ARRESTING AGENCY: BUF
CONDITION AT ARREST:  ARREST DATE/TIME: 04/01/2010 19:00
ARRESTING OFFICER: COOK, JOSEPH
ASSISTING OFFICER:
ADDRESS OF ARREST: 585 ELMWOOD AV, BUFFALO NY US
PRIMARY ARREST CHARGE: PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND AM

SEALED  160.50

### BOOKING INFORMATION

CJTN #: 64112768-M  BOOKING STATUS: Normal
BOOKING START DATE/TIME: 04/01/2010 20:28  BAIL:
ITEM(S) SEIZED AT ARREST:  BOOKING END DATE/TIME: 04/01/2010 19:46
ARRAIGNMENT COURT: NY014011J  CITY OF BUFFALO
BOOKING COMMENTS: DEF WAS BLOCKING PEDESTRIAN TRAFFIC AND DID REFUSE TO LEAVE WHEN OFFICERS TOLD HOM TO DO SO. DID STRUGGLE AND HAD TO BR FORCIBLY
F/P'S TAKEN BY: DELLASALA, Stephan
NCIC CLASS. BY:  DATE: 04/01/2010
ARRESTEE SIGNATURE:  DATE/TIME: 02/19/2001 22:22

Rolled Right Thumb
NCIC CLASS: 10:12:10:16:14/ - 11:14:12:16:15/

Arrest Charges:

| Charge | Att. | Incident # | Warrant # | Summons # |
|---|---|---|---|---|
| PL 240.20-03 DIS/CON:OBSCENE LANG/GESTURES | N | 10-0910893 | | |
| PL 240.20-05 DIS/CON:OBSTRUCTING TRAFFIC V | N | 10-0910893 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND / | N | 10-0910893 | | |

Page 1 of 1

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

453

DISTRICT OF ARREST: _____
PROPERTY: (YES) NO
MONEY $ 0

DATE 4-1-10  INCIDENT NUMBER 10-091-0893  RICI # _____  AFN 10-0407-

DEFENDANT'S NAME Adamson, Zachary Scott
(LAST) (FIRST) (M)

DATE OF BIRTH 7-28-56  AGE 54

ARRESTING OFFICER J Cash
ASSISTING OFFICER Keane / Achek

DIST. ___ ASSIGNMENT 1354  ARREST DATE 4-1-10  ARREST TIME 2000

ADDRESS OF ARREST 585 Elmwood Ave

CHARGES 240.20 35, 195.05

NARRATIVE Dfndt was Blocking Pedestrian traffic and did refuse to leave when officers told him do so. Did struggle & have to Be forcibly Handcuffed

DEFENDANT'S STREET NAME/ALIASES — ___

DEFENDANT'S ADDRESS 83 Dehum Ct

CITY Buffalo  STATE NY  ZIP CODE _____  US CITIZEN [X] YES [ ] NO

SOCIAL SECURITY NUMBER _____
MARITAL STATUS Sing  OCCUPATION None

DEFENDANT'S SEX M  HEIGHT 6'0"  WEIGHT 190  BUILD Med  EYE COLOR Brn

HAIR COLOR ___  SKIN TONE Med  RACE Blk  ETHNICITY _____

SCARS, MARKS, TATTOOS _____

WARRANTS [ ] YES [X] NO (IF YES, ATTACH COPY)  DEPUTY INITIALS SO

COMPLAINANT'S NAME Sony
SATISFACTORY ID [ ] YES [ ] NO
COMPLAINANT'S ADDRESS _____  RELATIONSHIP _____

CITY ___ STATE ___ ZIP CODE ___ PHONE NUMBER ___

HAS A CHEMICAL AGENT BEEN USED UPON PRISONER? [ ] YES [ ] NO
IF YES, NAME OF THE OFFICER ADMINISTERING THE CHEMICAL AGENT _____
VEHICLE TO BE IMPOUNDED? [ ] YES [ ] NO  PLATE # _____ LOCATION _____

TO BE ASKED BY THE PROCESSING DEPUTY (TO BE ASKED IN PRESENCE OF ARRESTING OFFICERS)
1. Are you injured? [ ] YES [ ] NO
   If yes, describe injury, any bandages, stitches etc. _____
   If yes, when were you injured? (date and time) _____
 . Have you received medical attention since your arrest? [ ] YES [ ] NO
   (If yes, Arresting Officers are responsible for completing P-1261)

ROCESSING DEPUTY _____
BADGE # _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C, AND DCPS-L-1)

P-32

**Central Booking Bureau**
**Defendant Information**

Docket No.
No. 10-0910893
AFN 10-04078-18

| DEFENDANT: ADAMSON, ZACHARY, S. | DOB: 07/28/1956 | Date Of Arrest: 04/01/10 |
|---|---|---|

Co-DEFENDANTS:
1.
2. DOB:
3. DOB:
   DOB:

1. Officer in charge of case: DET. JOSEPH COOK     Assignment: NARCOTICS

| Victim(s) / Witness(es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

**Erie County District Attorney – Buffalo City Court Disposition Form**

| Arraign Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Disp. Date: | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 240.20-3,5 | | | | |
| 195.05 | | | | |

710.30 ( )          Lab ( )          Local/NYSISS ( )
Supporting Dep. ( )     Medicals ( )       DMV ( )            MV-104 ( )
Forensic Req. ( )   Breath Documents ( )   Albany ( )         Readiness ( )
                                                         **Domestic Violence** (-)

# City of Buffalo – Department of Police
## Central Booking Bureau

### MISDEMEANOR/VIOLATION INFORMATION
State of New York, County of Erie, City of Buffalo Police Department

THE PEOPLE OF THE STATE OF NEW YORK

DEFENDANT(S)

VS   ZACHARY S. ADAMSON           DOB              CASE NO.
VS   _____               7-28-11956       10-04078-18
VS   _____
VS   _____

I, **OFFICER JOSEPH COOK** accuse the above named defendant(s) in this action, that on or about 4-_ 2010 @ 2000HRS in the City of Buffalo, did intentionally, knowingly and unlawfully commit th misdemeanor/violation of **DISORDERLY CONDUCT** Contrary to the provision of 240.20-3 of the [X] Pen Law [ ] Vehicle and Traffic Law [ ] _____ Law of the State of New York [ ] Ordinances of the City ( Buffalo.

The facts upon which this accusation is based are [X] of my own knowledge [ ] on information and belief.

240.20 - 3,5 - DISORDERLY CONDUCT
IN THAT THE DEFENDANT, WHILE AT 585 ELMWOOD AVENUE, DID INTENTIONALLY CAUSE AN RECKLESSLY CREATE A PUBLIC INCONVENIENCE, ANNOYANCE AND ALARM BY USIN( OBSCENE LANGUAGE AND BY OBSTRUCTING VEHICULAR OR PEDESTRIAN TRAFFIC, IN THA THE DEFENDANT DID INTENTIONALLY CAUSE A PUBLIC ALARM BY BLOCKING PEDESTRIA TRAFFIC AND DID REFUSE TO LEAVE WHEN OFFICER TOLD HIM TO DO SO.

195.05 - OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN SECOND DEGREE
IN THAT THE DEFENDANT, WHILE AT 585 ELMWOOD AVENUE, DID INTENTIONALLY ATTEMPT T( PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION BY MEANS O INTERFERENCE, IN THAT THE DEFENDANT DID INTENTIONALLY ATTEMPT TO PREVENT THI OFFICERS FROM PLACING HIM UNDER ARREST AND DID STRUGGLE WITH OFFICERS AND HAI TO BE FORCIBLY SUBDUED, HANDCUFFED AND PLACED UNDER ARREST.

PLEASE TAKE NOTICE PURSUANT TO CPL 710.30 OF THE PEOPLE'S INTENT TO OFFER AT TRIAI EVIDENCE OF DEFENDANT'S STATEMENTS TO A PUBLIC SERVANT AS REFERENCED ABOVE

SDB

Relationship: NONE

NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Sectior 210.45 of the New York State Penal Law.

_____                      DET NARC              4-1-2010
Officer's\Complainant's Signature              Rank/Assignment       Date
Supporting Deposition(s) Attached?   Yes [ ]   No [X]

Page 1 of 1

Agency File No. 10-04078

# CITY OF BUFFALO - DEPARTMENT OF POLICE
## CRIME AND INCIDENT RECORDS UNIT
74 FRANKLIN STREET • ROOM 100 • BUFFALO, NEW YORK • 14202

# APPEARANCE TICKET

Issued to: __ADAMSON__  __ZACHARY__ __S__ __7/28/56__ ☒ Male ☐ Female
(DEFENDANT'S LAST NAME) FIRST MI D.O.B.

__83 DELHAM COURT__  __BFLO__  __704 606 9184__
(ADDRESS) CITY ZIP CODE PHONE

YOU ARE HEREBY DIRECTED TO APPEAR PERSONALLY IN **PART TWO**, OF THE CITY COURT OF BUFFALO **50 DELAWARE AVENUE**, CITY OF BUFFALO, NEW YORK.

ON __APRIL__ __8th__, 20__10__ at 9:30 AM, in connection with your alleged commission of:
__DISORDERLY CONDUCT, OBSTRUCTING__ contrary to the provisions of:
__240.__ __20-3, 5__
__195__ __05__
SECTION SUBSECTION of the: ☒ Penal Law of the State of New York
☐ Vehicle and Traffic Law of the State of New York
☐ Ordinances of the City of Buffalo
☐ _____ Law.

Committed at: __585 ELMWOOD AVE__, in the City of Buffalo
on the __1st__ day of __APRIL__, 20__10__ at __2000__ AM / PM.

I, the undersigned, do hereby acknowledge receipt of this Appearance Ticket and do agree to appear as directed. I further understand that my failure to appear in City Court as directed, may result in a Criminal Summons or a Warrant for my arrest may be issued (CPL 150.60). If I have posted bail, the bail will become forfeit upon my failure to comply with the directives of this Appearance Ticket (150.30).

SIGNATURE OF DEFENDANT (SIGNATURE IS NOT AN ADMISSION OF GUILT)

ISSUED AND SUBSCRIBED BY:
OFFICER'S SIGNATURE

__SHARON ACKER__
ISSUING OFFICER (PRINT)

__NARC 1365__
ASSIGNMENT ISSUE TIME

Warrant-check performed by:
MEMBER PROVIDING WARRANT CHECK

Source of Identification:
☐ New York State Driver's License
☐ Known to Issuing Officer
☒ Other: __N.C. DRIVERS LICENSE__

ECHC - 506 RB (Rev. 6.09)

City Of Buffalo – Department of Police
Central Booking Bureau
Case 1:11-cv-00663-HBS Document 24-9 Filed 07/30/12 Page 14 of 14
Docket No.
CD No. 10-0910893
AFN 10-04078-18

# NOTICE TO DEFENDANT OF INTENTION TO OFFER EVIDENCE AT TRIAL (CPL 710.30 AND 700.70)

PEOPLE OF THE STATE OF NEW YORK
-VS-

DEFENDANT: ADAMSON, ZACHARY, S.

DOB: 0728/1956     Date of Arrest: 04/01/2010

Officer in charge of case: DET. JOSEPH COOK

Assignment: NARCOTICS

THE PEOPLE INTEND TO OFFER AT TRIAL:

I. **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO A **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

- ☐ 1. Written statement (attach copy)
- ☐ 2. What was said by the defendant at the time of arrest? (specify: date, place, content and to whom)
- ☒ 3. No statements were made     **Arresting Officers Initials** _____

**CY**

---

**IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME)     OFFICERS

Date 04 / 01 / 2010     Place 585 ELMWOOD AVE.

- ☒ Showup Identification
- ☐ Photograph Identification
- ☐ Line-up
- ☐ Observation of defendant upon some other occasion **relevant** to case
- ☐ Other (specify)