Exhibit H



# CITY OF BUFFALO
## DEPARTMENT OF LAW



BYRON W. BROWN
MAYOR

TIMOTHY A. BALL
CORPORATION COUNSEL

May 29, 2012

Joseph Todoro, Esq.
Spadafora & Verrastro, LLP
2 Symphony Circle
Buffalo, New York 14201

    Re:   *Adamson v. City of Buffalo, et al*

Dear Mr. Todoro:

In response to your Notice for Discovery and Inspection dated May 17, 2012 the Defendants respond as follows:

1. Enclosed please find documentation relating to the criminal activity of Zachary Adamson prior to and including April 1, 2011 consisting of seven (7) pages.
2. Please be advised that any personnel, disciplinary or other private matters relating to the City of Buffalo police officers are deemed confidential and not subject to disclosure pursuant to New York State Civil Rights Law §50-a.
3. The hiring of City of Buffalo police personnel is done through the Human Resources Department of the City pursuant to regulations regarding civil service qualification. This is a very broad area and if any specific information with regard to hiring is sought as requested, it must be done so with specificity and then it can be determined whether or not such information is available.

With regard to training of City of Buffalo police personnel, such is accomplished at the Basic Police Academy at the Erie County Law Enforcement Training Academy which is located at Erie Community College North. All Buffalo police department hires attend this academy which is operated by Erie County. Information regarding training can be obtained through this agency and by way of subpoena if necessary.

With regard to supervision and orienting of employees, such information may be contained in the City of Buffalo Department of Police Manual of Procedure which is voluminous in nature. You are certainly welcome to view this manual at a mutually convenient date and time and obtain any information thereto. Please note that the entire manual in total is not discoverable pursuant to Matter of Constantine v. Leto 79 NY 2nd 975 which has been affirmed by the New York State Court of Appeals.

As a reminder, please be advised that Discovery Demands and Interrogatories were submitted to you by the Defendants along with the Answer in this matter. To date, a response has not been provided to either. Please provide such responses as soon as practical. Thank you for your attention to this matter.

          Very truly yours,

          Timothy A. Ball
          Corporation Counsel

          Carmen J. Gentile
          Assistant Corporation Counsel

TAB:CJG:sm
Enclosures

T:\wp60\sem\cjg\adamsonltrtotodoro5.29.12.doc

## Repository Inquiry

To: ORTIZRI For: Richard Ortiz Case No: 2010 - NYSID No: 03872295Y - PDI

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

| Identification | Summary | Criminal History | Job/License | Wanted | Missing | NCIC/III |

### ⊙ Attention - Important Information

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

### ⊙ Identification Information



**Name:**
ZACHARY S ADAMSON   ADAMSON G ZACKARY
ZACHARY ADAMSON

**Date of Birth:**
Jul 28, 1956

**Place of Birth:**
New York

Cycle 5
Arrest Date April 01, 2010

**Address:**
368 LINWOOD, BUFFALO, NY
250 W 63RD ST, NEW YORK, NY
120 VICTORIA, BUFFALO, NY
83 DELAM ST, BUFFALO, NY
83 DELHAM AVE, BUFFALO, NY 14216

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | Black | Not Hispanic | Dark/Light/Medium Brown/Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Brown | 6' 00" | 210 |

**SSN:**
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   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

| NYSID#: | FBI#: | NCIC Classification: |
|---|---|---|
| 03872295Y | 488537MA9 | 11111014131211121414 |

III status: Criminal record in NYS only

## Summary Information

**Name:** ZACHARY S ADAMSON   **Total Arrests:** 5
**Date of Earliest Arrest:** June 06, 1975   **Date of Last Arrest:** April 01, 2010

| Total Arrests Charges: | 6 | Total Convictions: | 2 | Total Open Charges: | 3 |
|---|---|---|---|---|---|
| Felony: | 0 | Felony: | 0 | Felony Open Charges: | 0 |
| Violent Felony: | 0 | Violent Felony: | 0 | Open Misdemeanor(s): | 1 |
| Firearm: | 0 | Firearm: | 0 | Other Open Charges: | 2 |
| Misdemeanor: | 4 | Misdemeanor: | 1 | | |
| Other: | 2 | Other: | 1 | | |
| | | YO Adjudication(s): | 0 | | |

| Warrant Information: | | Revocation Counts: | | Miscellaneous: | |
|---|---|---|---|---|---|
| Failure to Appear Counts: | 6 | Probation: | 0 | Escape Charges: | 0 |
| Open Warrants: | 0 | Parole: | 0 | Sex Offender Convictions: | 0 |

## NYS Criminal History Information

### Cycle 1

### Arrest/Charge Information
Arrest Date: June 06, 1975

| | |
|---|---|
| Name: | ADAMSON G ZACKARY |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 250 W 63RD ST, NEW YORK, NY 5664 |
| Fax Number | |
| Place of Arrest: | New York County, NY |
| Date of Crime: | June 06, 1975 |
| Place of Crime: | City of New York, NY |
| Criminal Justice Tracking No.: | 01691512Q |
| Arresting Agency: | NYCPD Headquarters |
| Arrest Number: | 00100000 |
| Arrest Charges: | |

-- Intent To Obtain Transportation Without Paying
   PL 165.15 Sub 03   Class A   Misdemeanor Degree 0   NCIC 2699

### Court Case Information
-- Court: New York County Criminal Court   Case Number: N534603

   December 31, 1975
   **Dismissed**
   -- Theft Of Services

PL 165.15   Class A Misdemeanor   NCIC 2699

---

## Cycle 2

### Arrest/Charge Information
Arrest Date: June 07, 1983

| | |
|---|---|
| Name: | ZACHARY S ADAMSON |
| Date of Birth: | July 28, 1956 |
| Sex: | Male |
| Race: | Black |
| Age at time of crime/arrest: | 26 |
| Address: | 120 VICTORIA, BUFFALO, NY |
| Fax Number | 4865 |
| Place of Arrest: | City of Buffalo, Erie County, NY |
| Date of Crime: | June 07, 1983 |
| Place of Crime: | City of Buffalo, Erie County, NY |
| Criminal Justice Tracking No.: | 08742005P |
| Arresting Agency: | Buffalo City Police Department |
| Arrest Number: | 00138514 |

Arrest Charges:
-- Criminal Trespass-3rd Degree
   PL 140.10   Class B   Misdemeanor Degree 3   NCIC 5707

### Court Case Information
-- Court: Buffalo City Court   Case Number: 3C90658

July 19, 1983
**Convicted Upon Plea Of Guilty**
-- General Violation Of Local Law
   LOC   Violation   NCIC 7399
   Sentenced to: Conditional discharge              Sentence Date: July 19, 1983
   Fine Amount: $10 Status: Paid in Full

July 19, 1983
**Dismissed**
-- Criminal Trespass-3rd Degree
   PL 140.10   Class B Misdemeanor   NCIC 5707

---

## Cycle 3

### Arrest/Charge Information
Arrest Date: December 07, 1990 08:30 pm (20:30:00)

| | |
|---|---|
| Name: | ZACHARY S ADAMSON |
| Date of Birth: | July 28, 1956 |
| Sex: | Male |
| Race: | Black |
| Age at time of crime/arrest: | 34 |
| Address: | 368 LINWOOD, BUFFALO, NY |

| | |
|---|---|
| Fax Number | |
| Place of Arrest: | 16128 |
| Arrest Type: | City of Buffalo, Erie County, NY |
| Date of Crime: | Court Summons |
| Place of Crime: | December 07, 1990 |
| Criminal Justice Tracking No.: | City of Buffalo, Erie County, NY |
| | 12267051J |
| Arresting Agency: | Buffalo City Police Department |
| Arrest Number: | 138514 |

Arrest Charges:
-- Petit Larceny
   PL 155.25    Class A    Misdemeanor Degree 0    NCIC 2399

## Court Case Information

-- Court: Buffalo City Court   Case Number: 90M-21834

January 03, 1991
Bench Warrant Issued

January 08, 1991
Returned On Warrant

April 24, 1991
Dismissed
-- Petit Larceny
   PL 155.25    Class A Misdemeanor NCIC 2399

---

■ Cycle 4 ■

## Arrest/Charge Information

Arrest Date: December 08, 1990 04:30 am (04:30:00)

| | |
|---|---|
| Name: | ZACHARY S ADAMSON |
| Date of Birth: | July 28, 1956 |
| Sex: | Male |
| Race: | Black |
| Age at time of crime/arrest: | 34 |
| Address: | 368 LINWOOD, BUFFALO, NY |
| Fax Number | 16154 |
| Place of Arrest: | City of Buffalo, Erie County, NY |
| Arrest Type: | Court Summons |
| Date of Crime: | December 08, 1990 |
| Place of Crime: | City of Buffalo, Erie County, NY |
| Criminal Justice Tracking No.: | 12267083P |
| Arresting Agency: | Buffalo City Police Department |
| Arrest Number: | 182118 |

## Court Case Information

-- Court: Buffalo City Court   Case Number: 90M-21715

December 10, 1990
Bench Warrant Issued

December 11, 1990
**Returned On Warrant**

January 03, 1991
**Bench Warrant Issued**

January 08, 1991
**Returned On Warrant**

March 15, 1991
**Convicted Upon Plea Of Guilty**
-- Attempted Petit Larceny
   PL 155.25   Class B Misdemeanor NCIC 2399
      Sentenced to: Conditional discharge
         Term: Time Served
         Fine Amount: $50 Status: Paid in Full

Sentence Date: March 15, 1991

June 28, 1991
**Bench Warrant Issued**

July 05, 1991
**Bench Warrant Issued**

July 05, 1991
**Returned On Warrant**

October 17, 1991
**Returned On Warrant**

January 06, 1992
**Bench Warrant Issued**

March 16, 1992
**Returned On Warrant**

**Interim release Status:** Released on own recognizance (ROR)

## Cycle 5

### Arrest/Charge Information
Arrest Date: April 01, 2010 07:00 pm (19:00:00)

Name:                            ZACHARY S ADAMSON
Date of Birth:                   July 28, 1956
Sex:                             Male
Race:                            Black
SSN:                             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
Age at time of crime/arrest: 53
Address:                         83 DELAM ST, BUFFALO, NY
Fax Number                       8135

Place of Arrest: City of Buffalo, Erie County, NY
Arrest Type: Crime In Progress
Date of Crime: April 01, 2010
Place of Crime: City of Buffalo, Erie County, NY
Criminal Justice Tracking No.: 64112768M
Arresting Agency: Buffalo City Police Department
Arresting Officer ID: BUF000186
Arrest Number: 05579453
Arraignment: Buffalo City Court
Arrest Charges:

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05     Class A    Misdemeanor Degree 2     NCIC 5099
-- Disorderly Conduct:Obscene Language/Gestures
   PL 240.20  Sub 03       Violation Degree 0    NCIC 5311
-- Disorderly Conduct:Obstructing Traffic
   PL 240.20  Sub 05       Violation Degree 0    NCIC 5311

No Court Reported Information

## Other History Related Information
There is no Other History Related Information associated with this history.

## Job/License Information

Civil Information
Type of Application: Municipal Employee
Name: ZACHARY ADAMSON
Address: 83 DELHAM AVE, BUFFALO, NY 14216
Ethnicity: Not Hispanic
Date of Birth: July 28, 1956
SSN: 083481222
Date of Application: August 17, 2009
Application Agency: City of Buffalo Human Resources Department
Application Number:

## Wanted Information
There is no NYS Wanted Information associated with this history.

## Missing Person Information
There is no NYS Missing Person Information associated with this history.

## Additional Information

Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

Case 1:11-cv-00663-HBS Document 24-11 Filed 07/30/12 Page 10 of 10

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

- NCIC - Person Files
- NCIC - Protection Order File

### III Information

A III inquiry is not allowed because this person does not have a III status that indicates there is data in other states.

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b. This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs. All information presented herein is as complete as the data furnished to DCJS.

https://10.71.56.3/cgi/extranet/webinq/fortecgi?serviceName=WebInq&pagename=WebInq... 4/5/2010