Exhibit I

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Zachary Adamson,

                        Plaintiff,

                                                  **Hon. Hugh B. Scott**

                         v.

                                                  11CV663A

                                                  **Amended
Scheduling Order**

City of Buffalo et al.,

                        Defendant.

---

By letter received May 24, 2012 (attached), the parties request modification of the scheduling order in this case. The following dates shall apply:

1. This case has been referred automatically to the Alternative Dispute Resolution (ADR) program. The parties are encouraged to continue efforts to resolve this matter throught the ADR program.

2. The referral to mediation shall terminate on **December 31, 2012**. In the event that settlement is not reached, the case will progress toward trial, as scheduled below.

3. ***The referral of this case to mediation will not delay or defer other dates contained in this Scheduling Order and has no effect on the progress of the case toward trial.***

4. All discovery in this case shall conclude on **August 31, 2012**. All motions to compel shall be due at least **30 days prior** to that discovery cutoff date.

5. The plaintiff shall identify experts and provide written reports in compliance with Rule 26(a)(2), as amended in 1993, no later than **July 2, 2012**; the defendant shall identify experts and provide written reports in compliance with Rule 26(a)(2), as amended in 1993, no later than **August 15, 2012** See Rule 26 of the Local Rules for the Western District of New York as amended effective December 1, 1994. All expert discovery shall be completed on or before **August 31, 2012**.

1

6. In the event settlement is not effectuated through mediation, dispositive motions, if any, shall be filed no later than **November 30, 2012**. **If no dispositive motions are filed, and no other motions are pending as of that date, the parties are directed to contact the Chambers of Hon. Richard J. Arcara within 10 days to request a trial date status conference**

7. No extension of the above cutoff dates will be granted except upon written joint motion, filed prior to the cutoff date, showing good cause for the extension.

Counsel's attention is directed to Fed. R. Civ. P. Rule 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

So Ordered.

/s/ Hugh B. Scott
United States Magistrate Judge
Western District of New York

Buffalo, New York
May 31, 2012

2