Exhibit M

# SPADAFORA & VERRASTRO, LLP
### Attorneys and Counselors at Law
### *The Birge Mansion*

James P. Verrastro
Kelly A. Feron
Richard E. Updegrove
Joseph C. Todoro
Katie M. Poleon*
*Also admitted in Illinois

VIA FAX FACSIMILE
716-851-4105

John E. Spadafora, Retired

Legal Assistants:
Kathy L. Verrastro
Linda A. Laurendi

July 17, 2012

Carmen J. Gentile, Esq.
Assistant Corporation Counsel
1100 City Hall, 65 Niagara Square
Buffalo, New York 14202

Re: Zachary Adamson v. City of Buffalo, et al
No. 11-CV-0663A

Dear Mr. Gentile:

Please immediately advise as to your availability to conduct depositions in regards to this matter during the week of August 6, 2012.

Thank you for your ongoing attention in regard to this matter

Very truly yours,

SPADAFORA & VERRASTRO, LLP

Joseph C. Todoro

JCT/klk